PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2021

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | )    2:20CR00172-RMP-2 |
| | ) |
| Erica Loraine Elmgren | )    Case No. 2:21CR00172-RMP-2 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Erica Loraine Elmgren, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

According to additional condition number 28 of the release order, Ms. Elmgren is restricted to her residence every day from 7 p.m. to 7 a.m. Ms. Elmgren advised she has been offered a position at a fast food restaurant. Her scheduled work hours would reportedly conflict with her court-ordered curfew.

In order to accommodate her employment schedule, the undersigned officer respectfully recommends the following modification of Ms. Elmgren's pretrial release conditions:

**Modified Condition:** Defendant shall be restricted to her residence every day from 7 p.m. to 7 a.m., unless given prior approval from the U.S. Probation/Pretrial Service Office to be away from her residence for employment purposes only.

Attempts to obtain the U.S. Attorney Office's position regarding this modification request were unsuccessful.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5/10/21    _____ 5/10/2021
Signature of Defendant       Date        Pretrial Services/Probation Officer    Date

Erica Loraine Elmgren                    Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ WSB# 5308    5/10/2021
Signature of Defense Counsel            Date

James Parkins

[X]   The above modification of conditions of release is ordered, to be effective on  5-10-21 .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____          5-10-21
Signature of Judicial Officer                        Date
John T. Rodgers