# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Elmgren, Erica Loraine | Docket No. | 2:20CR00172-RMP-2 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erica Loraine Elmgren, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 3rd day of February 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Erica Loraine Elmgren is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine and marijuana on or about April 23, 2021.

On February 8, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Elmgren. Ms. Elmgren acknowledged an understanding of the conditions, which included standard condition number 9.

On April 23, 2021, Ms. Elmgren reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana, amphetamine and methamphetamine. Ms. Elmgren signed a substance abuse admission form acknowledging her use of the aforementioned illegal controlled substances, but did not specify a date.

On April 26, 2021, the undersigned officer confronted Ms. Elmgren about the use of illegal controlled substances. Ms. Elmgren admitted she had ingested marijuana and methamphetamine in the early morning hours of April 23, 2021.

On May 2, 2021, Alere Toxicology Services (Alere) confirmed Ms. Elmgren's urine specimen collected on April 23, 2021, tested positive for the presence of marijuana. The undersigned officer has yet to receive a report from Alere regarding the presumptive positive result for amphetamine and methamphetamine.

**Violation #2:** Erica Loraine Elmgren is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on April 21, and May 3, 2021.

On February 8, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Elmgren. Ms. Elmgren acknowledged an understanding of the conditions, which included additional condition number 27.

PS-8

Re: Elmgren, Erica Loraine
May 6, 2021
Page 2

Additionally, on February 8, 2021, the undersigned officer referred Ms. Elmgren to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Elmgren was advised she would need to contact PHS daily to determine if she needed to submit to random drug testing. It should be noted, Ms. Elmgren entered an inpatient substance abuse treatment program on February 18, 2021. Upon her successful completion of inpatient substance abuse treatment on March 17, 2021, the undersigned officer again referred Ms. Elmgren to the phase urinalysis testing program at PHS. However, on March 24, 2021, Ms. Elmgren reported being potentially exposed to COVID-19. On April 19, 2021, the undersigned officer instructed Ms. Elmgren to start calling the phase urinalysis testing program and submit to random drug testing at PHS.

Ms. Elmgren failed to report for random urinalysis testing at PHS on April 21, and May 3, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2021

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

May 6, 2021
Date