# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Elmgren, Erica Loraine | Docket No. | 2:20CR00172-RMP-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erica Loraine Elmgren, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 3rd day of February 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition Imposed on June 9, 2021 (CM/ECF No. 196):** Defendant is released on the condition she comply with the conditions of release previously imposed, ECF No. 54 and 68, and the additional condition she successfully complete her current treatment at Pioneer Center East.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Erica Loraine Elmgren is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine and marijuana on or about June 15, 2021.

On February 8, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Elmgren. Ms. Elmgren acknowledged an understanding of the conditions, which included standard condition number 9.

Ms. Elmgren is currently enrolled in inpatient substance abuse treatment at Pioneer Center East (PCE). On June 18, 2021, a counselor at PCE contacted the undersigned officer. The counselor advised on June 15, 2021, Ms. Elmgren was taken to a local hospital by PCE staff due to tooth pain. PCE staff left Ms. Elmgren at the hospital to receive medical treatment. She returned to PCE later on June 15, 2021.

Subsequently, Ms. Elmgren submitted to urinalysis at PCE on or about June 17, 2021, which tested presumptive positive for the presence of methamphetamine. Ms. Elmgren admitted to PCE staff that she ingested methamphetamine on June 15, 2021, while at the hospital.

On June 18, 2021, the undersigned officer confronted Ms. Elmgren about her use of methamphetamine. Ms. Elmgren admitted to the undersigned officer that she was smoking a cigarette outside the emergency room on June 15, 2021, and a stranger offered her methamphetamine. Ms. Elmgren admitted she ingested methamphetamine on June 15, 2021.

**Violation #2:** Erica Loraine Elmgren is alleged to have violated the conditions of pretrial release supervision by aborting inpatient substance abuse treatment at Pioneer Center East on June 18, 2021.

On June 9, 2021, Ms. Elmgren appeared before the Court for a revocation hearing after admitting to violating the conditions of pretrial release supervision based on two petitions previously submitted to the Court. The Court ordered Ms. Elmgren to successfully complete inpatient substance abuse treatment at Pioneer Center East (PCE). At the time of the hearing, Ms. Elmgren had already entered into inpatient substance abuse treatment at Pioneer Center East (PCE) on or about June 3, 2021.

Re: Elmgren, Erica Loraine
June 21, 2021
Page 2

On June 18, 2021, a staff member at PCE contacted the undersigned officer to advise Ms. Elmgren aborted inpatient substance abuse treatment.

It should be noted that earlier on June 18, 2021, the undersigned officer spoke to Ms. Elmgren about her alleged drug use noted in violation number 1. During that conversation, the undersigned officer advised Ms. Elmgren of the potential consequences if she decided to leave PCE prior to successfully discharging from the program. Mr. Elmgren elected to leave the treatment program against advise.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   June 21, 2021

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 21, 2021
Date