PROB 12C
(6/16)

Report Date: January 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erica Loraine Elmgren                  Case Number: 0980 2:20CR00172-RMP-2

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 23, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846 |
| Original Sentence: | Prison - 21 months; TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 10, 2022

Date Supervision Expires: November 9, 2027

## PETITIONING THE COURT

To issue a summons.

On November 16, 2022, a supervision intake was completed.  Erica Elmgren acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to appear for a random urinalysis on or about December 16 and December 19, 2022. |
| | Ms. Elmgren is enrolled in random drug testing at Pioneer Human Services (PHS).  She is required to call the testing line daily to determine if she is required to report for testing that same day. |

Prob12C
**Re: Elmgren, Erica Loraine**
**January 12, 2023**
**Page 2**

                PHS advised that on both December 16 and December 19, 2022, Ms. Elmgren failed to appear for a urinalysis.

2        **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about December 19, 2022.

            On December 21, 2022, Ms. Elmgren reported to the United States Probation Office. She submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. She admitted to use and signed a drug use admission form indicating she consumed methamphetamine on December 19, 2022. A lab report was then received, which confirmed a positive presence for methamphetamine.

3        **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 7, 2022.

            On January 9, 2023, Ms. Elmgren reported to the United States Probation Office. She submitted to a urinalysis. Prior to receiving the test results, she indicated the sample would likely be positive. She signed a drug use admission form indicating she consumed methamphetamine on January 7, 2023.

4        **Special Condition # 1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

            **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to attend substance abuse treatment as scheduled, on or about January 4, 5, and 9, 2023.

            On December 22, 2022, Ms. Elmgren completed a substance abuse evaluation with PHS. She was recommended to engage in intensive outpatient treatment which would require her to attend group sessions three times per week and attend individual sessions with her counselor at least monthly. On December 30, 2022, she attended an admit appointment, at

Prob12C
Re: Elmgren, Erica Loraine
January 12, 2023
Page 3

which time she was scheduled for her treatment groups sessions to commence on January 4, 2023. She was also scheduled to attend her first individual session on January 9, 2023.

PHS reported that Ms. Elmgren failed to attend her substance abuse treatment sessions on January 4 and 5, 2023.

On January 9, 2023, Ms. Elmgren was late in attending her individual session with her counselor, as a result it was rescheduled. That same day, the undersigned discussed this concern with Ms. Elmgren. She was scheduled to attend a group session that evening and agreed to do so. However, PHS later reported Ms. Elmgren again failed to attend her treatment group session on January 9, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/12/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Rosanna Malaby Peterson

Signature of Judicial Officer

1/12/2023

Date