PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erica Loraine Elmgren     Case Number: 0980 2:20CR00172-RMP-2

Address of Offender: ▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 23, 2022

Original Offense: Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846

Original Sentence: Prison - 21 months;     Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: U.S. Attorneys Office     Date Supervision Commenced: November 10, 2022

Defense Attorney: Federal Defenders Office     Date Supervision Expires: November 9, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/12/2023.

On November 16, 2022, a supervision intake was completed. Erica Elmgren acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 8, 2023. |
| | On January 12, 2023, Ms. Elmgren reported to Pioneer Human Services for the purposes of random a urinalysis. She submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. She admitted to use and signed a drug use admission form indicating she consumed methamphetamine on January 8, 2023. A lab report was later received, which confirmed a positive presence for methamphetamine. |

Prob12C
**Re: Elmgren, Erica Loraine**
**January 25, 2023**
**Page 2**

| | | |
|---|---|---|
| 6 | | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 18, 2023.

On January 19, 2023, Ms. Elmgren reported to the United States Probation Office. She submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. She admitted to use and signed a drug use admission form indicating she consumed methamphetamine on January 18, 2023.

| | | |
|---|---|---|
| 7 | | **Special Condition # 1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to attend substance abuse treatment as scheduled on or about January 18, 2023.

On December 22, 2022, Ms. Elmgren completed a substance abuse evaluation with PHS. She was recommended to engage in intensive outpatient treatment which would require her to attend group sessions three times per week and attend individual sessions with her counselor at least monthly. On December 30, 2022, she attended an admit appointment, at which time she was scheduled for her treatment groups sessions to commence on January 4, 2023.

PHS reported that Ms. Elmgren failed to attend her substance abuse treatment session on January 18, 2023.

| | | |
|---|---|---|
| 8 | | **Special Condition # 4**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to attend mental health treatment, on or about January 12, 2023.

On December 8, 2022, Ms. Elmgren completed a mental health assessment. She was recommended to attend monthly sessions. Ms. Elmgren was scheduled to attend her first mental health counseling session on January 12, 2023. On January 9, 2023, during an office

Prob12C
**Re: Elmgren, Erica Loraine**
**January 25, 2023**
**Page 3**

visit, Ms. Elmgren acknowledged she had a January 12, 2023, mental health appointment. The mental health provider advised that she failed to attend this appointment.

9   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

**Supporting Evidence:** It is alleged that Erica Elmgren violated the terms of supervised release by to failing to report as directed, on or about January 21, 2023, or since.

On January 19, 2023, Ms. Elmgren reported to the United Stated State Probation Office. Ms. Elmgren had admitted to ongoing use of methamphetamine. She agreed that she could benefit from withdrawal management services and possibly inpatient treatment. The undersigned officer coordinated with the Spokane Regional Stabilization Center (SRSC) for Ms. Elmgren to enter their facility on January 21, 2023, at 9 a.m. to participate in their withdrawal management program and to complete a substance abuse assessment to determine need for inpatient services.

Ms. Elmgren was directed to call the undersigned officer on January 21, 2023, to confirm she was admitted into the SRSC. Ms. Elmgren failed to contact the undersigned officer on January 21, 2023. She also failed to enter the SRSC as scheduled.

On January 23, 2023, the SRSC advised the undersigned that Ms. Elmgren failed to arrive at their facility on January 21, 2023. The undersigned left Ms. Elmgren a voice message and text message directing her to report by 10 a.m. on January 24, 2023. She failed to report as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/25/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Elmgren, Erica Loraine
January 25, 2023
Page 4

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/26/2023

Date