PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 14, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Erica Loraine Elmgren | Case Number: 0980 2:20CR00172-RMP-2 |
| Address of Offender: ▓▓▓▓▓▓▓ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 23, 2022

Original Offense:      Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 21 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George Jacobs | Date Supervision Commenced: | November 10, 2022 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: | November 9, 2027 |

**PETITIONING THE COURT**

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/12/2023 and 1/26/2023.

On November 16, 2022, a supervision intake was completed. Erica Elmgren acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed. |

**Supporting Evidence:** It is alleged that Erica Elmgren violated the terms of her supervised release by to failing to report as directed, on or about February 10, 2023, or since.

On January 24, 2023, Ms. Elmgren entered the Spokane Regional Stabilization Center (SRSC)for the purposes of participating in a withdrawal management program and to complete a substance abuse assessment to determine the need for inpatient services.

On January 25, 2023, the undersigned officer spoke with Ms. Elmgren. She was advised to comply with treatment recommendations, and to keep the undersigned informed. She was further directed to report that same day, if she should be discharged for any reason. On

Prob12C
**Re: Elmgren, Erica Loraine**
**February 14, 2023**
**Page 2**

January 29, 2023, Ms. Elmgren completed withdrawal management at SRSC and was transferred to Spokane Addiction and Recovery Centers (SPARC) for inpatient treatment.

On February 13, 2023, the undersigned was notified by SPARC staff that Ms. Elmgren was unsuccessfully terminated from their program on February 10, 2023.

Initially, Ms. Elmgren made no efforts to report to the U.S. Probation Office nor made any phone contact with the undersigned. On February 13, 2023, at approximately 4:30 p.m., the undersigned called Ms. Elmgren's mother-in-law, with whom Ms. Elmgren was residing with prior to entering inpatient treatment. This was Ms. Elmgren's last approved address and Ms. Elmgren reported she would be returning to that residence after completion of inpatient treatment. Ms. Elmgren's mother-in-law stated she had not heard from or seen Ms. Elmgren since being terminated from inpatient treatment. Efforts were made to reach Ms. Elmgren on her last known cellular number, however, the number was not active.

On February 14, 2023, Ms. Elmgren contacted the undersigned office by phone. When inquiring as to where she had been, Ms. Elmgren stated she had to stay at a motel while she tried to get back into inpatient treatment. The undersigned then questioned her as to why she has not reported or called sooner or why she did not go to her approved address. Ms. Elmgren only responded with "Oh". She was then directed to report to the U.S. Probation Office by 10 a.m. and to be prepared to submit to a urinalysis.

Ms. Elmgren has failed to report as directed.

| | |
|---|---|
| 11 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to submit to drug testing, on or about February 14, 2023.

On February 14, 2023, Ms. Elmgren contacted the undersigned office by phone. She was then directed to report to the U.S. Probation Office by 10 a.m and to be prepared to submit to a urinalysis.

Ms. Elmgren has failed to report as directed, and thereby also failed to submit to drug testing.

| | |
|---|---|
| 12 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer as least 10 days before the change. If notifying the probation officer is advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
**Re: Elmgren, Erica Loraine**
**February 14, 2023**
**Page 3**

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to report a change in residence, on or about February 10, 2023, or since.

On January 24, 2023, Ms. Elmgren entered the Spokane Regional Stabilization Center (SRSC) for the purposes of participating in a withdrawal management program and to complete a substance abuse assessment to determine the need for inpatient services.

On January 25, 2023, the undersigned officer spoke with Ms. Elmgren. She was advised to comply with treatment recommendations, and to keep the undersigned informed. She was further directed to report to probation the same day, if she should be discharged for any reason. On January 29, 2023, Ms. Elmgren completed withdrawal management at SRSC and was transferred to Spokane Addiction and Recovery Centers (SPARC) for inpatient treatment.

On February 13, 2023, the undersigned was notified by SPARC staff that Ms. Elmgren was unsuccessfully terminated from their program on February 10, 2023.

Initially, Ms. Elmgren made no efforts to report to the U.S. Probation Office nor made any phone contact with the undersigned. On February 13, 2023, at approximately 4:30 p.m., the undersigned called Ms. Elmgren's mother-in-law, with whom Ms. Elmgren was residing with prior to entering inpatient treatment. This was Ms. Elmgren's last approved address and Ms. Elmgren reported she would be returning to that residence after completion of inpatient treatment. Ms. Elmgren's mother-in-law stated she had not heard from or seen Ms. Elmgren since being terminated from inpatient treatment. Efforts were made to reach Ms. Elmgren on her last known cellular number, however, the number was not active.

On February 14, 2023, Ms. Elmgren contacted the undersigned officer by phone. When inquiring as to where she had been, Ms. Elmgren stated she had to stay at a motel while she tried to get back into inpatient treatment. The undersigned then questioned her as to why she has not reported or called sooner or why she did not go to her approved address. Ms. Elmgren only responded with "Oh". She was then directed to report to the U.S. Probation Office by 10 a.m to discuss this matter in more detail.

Ms. Elmgren has failed to report as directed and her whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/14/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Elmgren, Erica Loraine
February 14, 2023
Page 4

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

*Signature of Judicial Officer*

2/14/2023
Date