PROB 12C
(6/16)

Report Date: May 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erica Loraine Elmgren          Case Number: 0980 2:20CR00172-RMP-2

Address of Offender: ▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 23, 2022

Original Offense:       Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846

Original Sentence:      Prison - 21 months;            Type of Supervision: Supervised Release
                        TSR - 60 months

Revocation Sentence:    Prison - 3 months
(April 11, 2023)        TSR - 60 months

Asst. U.S. Attorney:    George JC Jacobs, III          Date Supervision Commenced: May 25, 2023

Defense Attorney:       Carter Liam Powers Beggs       Date Supervision Expires: May 24, 2028

## PETITIONING THE COURT

To issue a warrant.

On May 26, 2023, a supervision intake was completed with Ms. Erica Elmgren. Her judgment was reviewed with her. Ms. Elmgren signed a copy of her judgment, indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 25, 2023. |
| | On May 25, 2023, Ms. Elmgren released from custody and entered the residential reentry center (RRC) as required. |

Prob12C
Re: Elmgren, Erica Loraine
May 26, 2023
Page 2

On May 26, 2023, the undersigned officer met with Ms. Elmgren at the RRC for the purposes of completing a supervision intake. Ms. Elmgren was advised a urinalysis would be conducted during this contact. Ms. Elmgren eventually stated she consumed methamphetamine the day prior. She advised that she found left over methamphetamine in one of her pockets and chose to consume it. She signed a drug use admission form admitting to using methamphetamine on May 25, 2023. She submitted to a urinalysis with presumptive positive results for methamphetamine and amphetamine.

2  **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by absconding from the residential reentry center (RRC), on or about May 26, 2023.

As noted above, the undersigned officer met with Ms. Elmgren at the RRC on May 26, 2023. The contact ended at approximately 9:15 a.m.

This same date, at approximately 11:30 a.m., the RRC staff contacted the undersigned to advise that Ms. Elmgren left the RRC without permission and is considered an absconder. RRC staff further reported that Ms. Elmgren had walked by control and started to exit the door. The RRC staff asked her what was going on and inquired into where she was going, to which she did not respond. Instead, once the door opened, she ran down the stairs and exited the building.

Her current whereabouts are unknown.

3  **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing to report a change in residence on or about May 26, 2023.

On May 25, 2023, Ms. Elmgren released from custody and entered the residential reentry center (RRC) as required. As noted in violations 1 and 2, the undersigned completed a supervision intake with Ms. Elmgren on May 26, 2023. This same date, she absconded from the RRC. Ms. Elmgren did not have approval to change her residence and has not reported a current location.

Her whereabout are unknown at this time.

Prob12C
Re: Elmgren, Erica Loraine
May 26, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer
5/25/2023

Date