PROB 12C
(6/16)

Report Date: October 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erica Loraine Elmgren          Case Number: 0980 2:20CR00172-MKD-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Rosanna Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2022

Original Offense:      Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine,
                       21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

Original Sentence:     Prison - 21 months         Type of Supervision: Supervised Release
                       TSR - 60 months

Revocation Sentence:   Prison - 3 months
(April 11, 2023)       TSR - 60 months

Revocation Sentence:   Prison - 6 months
(May 19, 2024)         TSR - 60 months

Asst. U.S. Attorney:   Earl A. Hicks              Date Supervision Commenced: October 3, 2024

Defense Attorney:      Carter Powers Beggs        Date Supervision Expires: October 2, 2029

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/15/2024.

On October 7, 2024, a supervision intake was completed with Erica Loraine Elmgren. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Erica Loraine Elmgren violated the term of her supervised release by consuming a controlled substance, methamphetamine, on or about October 13, 2024. |

On October 15, 2024, Ms. Elmgren reported to Life Renewal for a substance abuse assessment. During this contact, Ms. Elmgren completed a drug test which was presumptive positive for methamphetamine and marijuana. Ms. Elmgren admitted to having used methamphetamine and denied marijuana use. She signed a drug use admission form. The drug test was packaged and sent to Abbott Laboratory for confirmation; however, the sample was rejected for testing due to insufficient specimen volume.

5  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Erica Loraine Elmgren violated the term of her supervised release by to failing to report to the probation officer as instructed on October 17, 2024.

On October 7, 2024, Ms. Elmgren reported to the U.S. Probation Office. At that time, she was directed to report again on October 17, 2024, at 3 p.m. On October 17, 2024, at approximately 2:10 p.m., Ms. Elmgren left a voice message for the undersigned officer and asked if she needed to report to the probation office. The undersigned made telephonic contact with Ms. Elmgren that same day, and she indicated she had been sick and did not have a ride. She failed to report as instructed.

6  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Erica Loraine Elmgren violated the term of her supervised release by consuming a controlled substance, methamphetamine, on or about October 18, 2024.

On October 21, 2024, Ms. Elmgren reported to the probation office. During this contact, Ms. Elmgren completed a drug test, which was presumptive positive for methamphetamine, amphetamine, and marijuana. Ms. Elmgren admitted to having used methamphetamine. She signed a drug use admission form. The drug test was packaged and sent to Abbott Laboratory for confirmation, and the results are pending.

The U.S. Probation Office respectfully recommends the Court incorporate the violations in this petition in all future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 22, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
**Re: Elmgren, Erica Loraine**
**October 22, 2024**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

10/22/2024

Date