PROB 12C
(6/16)

Report Date: October 15, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erica Loraine Elmgren    Case Number: 0980 2:20CR00172-MKD-2

Address of Offender: ███████████, Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Rosanna Peterson, Senior U.S. District Judge
Name of the Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2022

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 | |
| Original Sentence: | Prison - 21 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 11, 2023) | Prison - 3 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(May 9, 2024) | Prison - 6 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 3, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 2, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On October 7, 2024, a supervision intake was completed with Erica Elmgren. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgement.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Erica Elmgren violated the term of her supervised release by consuming a controlled substance, cocaine, on or about October 7, 2024. |

Prob12C
**Re: Elmgren, Erica Loraine**
**October 15, 2024**
**Page 2**

        On October 7, 2024, the undersigned officer met with Ms. Elmgren at the U.S. Probation Office for the purpose of completing a supervision intake. Ms. Elmgren was advised a urinalysis would be conducted during this contact. Ms. Elmgren eventually stated she consumed methamphetamine while in the Bureau of Prisons, on the day of her release. She signed a drug use admission form admitting to using methamphetamine on October 3, 2024. Ms. Elmgren submitted a urinalysis with presumptive positive results for methamphetamine and cocaine. The drug test was packaged and sent to Abbott Laboratory for confirmation. Results were received and confirmed for use of cocaine, but negative for methamphetamine.

2      **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by failing report for a random urinalysis (UA,) on October 9, 2024.

        On October 7, 2024, the substance abuse testing instructions were reviewed with Ms. Elmgren. She verbally acknowledged her understanding of the testing program, and was instructed to call the Life Renewal colorline system for the color blue. When the color blue was called, Ms. Elmgren was to report to Life Renewal and submit to a drug screen.

        On October 10, 2024, this officer received notification from Life Renewal that Ms. Elmgren failed to report to submit a UA on October 9, 2024.

3      **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

        **Supporting Evidence**: It is alleged that Erica Elmgren violated the terms of her supervised release by to failing to report and submit to a drug test as directed on or about October 10, 2024.

        On October 10, 2024, Ms. Elmgren contacted the undersigned officer by phone at 7:29 a.m. Ms. Elmgren stated she missed her urinalysis with Life Renewal on October 9, 2024, and asked if she could report to the probation office today. She was then directed to report to the U.S. Probation Office by 8:30 a.m. and be prepared to submit to a urinalysis. Ms. Elmgren has failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 15, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
**Re: Elmgren, Erica Loraine**
**October 15, 2024**
**Page 3**

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer
10/15/2024

Date