AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 09, 2024**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Erica Loraine Elmgren<br><br>*Defendant* | )<br>)<br>) Case No.  2:20-cr-00172-MKD-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*        Erica Loraine Elmgren        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
 See Petition and Order filed 12/4/2024.

Date: Dec 04, 2024, 9:21 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/24 , and the person was arrested on *(date)* 12/4/24
at *(city and state)* Billings, MT

Date: 12/4/24

By: Yellowstone Co SO
*(Agency)*
Arrested within the D/MT
Executed On: 12/4/24
Sign: Ryan R. Schrank, USMS
*Arresting officer's signature*
*Printed name and title*